## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

GEORGE WAYNE MARSHALL,                                                                                 PLAINTIFFS
ADC #80615; and ERVIN LEE HARRISON,
ADC #95831

V.                                               4:06CV001634 JLH/JTR

CHURCH OF THE LARGER FELLOWSHIP, *et al.*                                                         DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.     Pursuant to 28 U.S.C. § 1915(e)(2), the entire case is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted.

2.     Dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C. § 1915(g).

3.     The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

4.     All pending motions are DENIED, AS MOOT.

Dated this 2nd day of February, 2007.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE