## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

GEORGE WAYNE MARSHALL,                                                                    PLAINTIFFS
ADC #80615; and ERVIN LEE HARRISON,
ADC #95831

V.                                              4:06CV001634 JLH/JTR

CHURCH OF THE LARGER FELLOWSHIP, *et al.*                                           DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted and Judgment is entered in favor of Defendants on all claims set forth in this action. Dismissal of this action constitutes a "strike," as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 2nd day of February, 2007.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE